**THIERMAN BUCK**
Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
325 W. Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff
and the Putative Classes*

**SUTTON HAGUE LAW CORPORATIONS, P.C.**
S. Brett Sutton, Nev. Bar No. 143107
brett@suttonhague.com
Jared Hague, Nev. Bar No. 251517
jared@suttonhague.com
9790 Gateway Drive
Suite 200
Reno, Nevada 89521
Telephone:   (775) 284-2770
Fax No.:     (775) 313-9877

*Attorneys for Defendant
Golden Road Motor, Inn., Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFERSON TYLER, on behalf of himself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN ROAD MOTOR INN, INC. d/b/a ATLANTIS CASINO RESORT SPA; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 3:24-cv-00565-MMD-CLB<br><br>**ORDER GRANTING JOINT NOTICE OF SETTLEMENT** |

Plaintiff JEFFERSON TYLER ("Plaintiff") and Defendant GOLDEN ROAD MOTOR INN, INC. d/b/a ATLANTIS CASINO RESORT SPA; and DOES 1 through 50, inclusive, ("Defendant" or "Atlantis") (collectively, the "Parties"), by and through their respective counsel of record, hereby notify this Honorable Court that the Parties have reached a proposed resolution to resolve all claims in this matter.

///

///

After engaging in serious arms-length negotiations, the Parties were able to reach an agreement to resolve this action. Accordingly, the Parties respectfully request thirty (30) days to prepare and finalize the proposed settlement agreement and preliminary approval motion.

Respectfully submitted,

Dated: November 14, 2025

**THIERMAN BUCK**

*/s/Joshua D. Buck*
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161

*Attorneys for Plaintiff
and the Putative Classes*

Dated: November 14, 2025

**SUTTON HAGUE LAW CORPORATIONS, P.C.**

*/s/Jared Hague*
S. Brett Sutton, Nev. Bar No. 143107
Jared Hague, Nev. Bar No. 251517

*Attorneys for Defendant*
GOLDEN ROAD MOTOR INN, INC. d/b/a
ATLANTIS CASINO RESORT SPA

### ORDER

Pursuant to the foregoing joint notice by counsel for the Parties and good cause appearing, IT IS HEREBY ORDERED that the Parties shall file the proposed Settlement Agreement and Preliminary Approval Motion within thirty (30) days from the date of this Order.

Dated: November 14, 2025

_____
United States District Court Judge