| | |
|---|---|
| **THIERMAN BUCK**<br>Joshua D. Buck, Nev. Bar No. 12187<br>josh@thiermanbuck.com<br>Leah L. Jones, Nev. Bar No. 13161<br>leah@thiermanbuck.com<br>325 W. Liberty Street<br>Reno, Nevada 89501<br>Tel. (775) 284-1500<br>Fax. (775) 703-5027<br><br>*Attorneys for Plaintiff*<br>*and the Putative Classes* | **SUTTON HAGUE LAW CORPORATIONS, P.C.**<br>S. Brett Sutton, Nev. Bar No. 143107<br>brett@suttonhague.com<br>Jared Hague, Nev. Bar No. 251517<br>jared@suttonhague.com<br>9790 Gateway Drive<br>Suite 200<br>Reno, Nevada 89521<br>Telephone:   (775) 284-2770<br>Fax No.:   (775) 313-9877<br><br>*Attorneys for Defendant*<br>*Golden Road Motor, Inn., Inc.* |

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JEFFERSON TYLER, on behalf of himself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN ROAD MOTOR INN, INC. d/b/a ATLANTIS CASINO RESORT SPA; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 3:24-cv-00565-MMD-CLB<br><br>**AMENDED ORDER GRANTING JOINT NOTICE OF SETTLEMENT** |

Plaintiff JEFFERSON TYLER ("Plaintiff") and Defendant GOLDEN ROAD MOTOR INN, INC. d/b/a ATLANTIS CASINO RESORT SPA; and DOES 1 through 50, inclusive, ("Defendant" or "Atlantis") (collectively, the "Parties"), by and through their respective counsel of record, hereby submits this Amended Order concerning the proposed resolution to resolve all claims in this matter.

///

///

As previously indicated, following an arms-length private mediation session and extended post-mediation negotiations, the Parties were able to reach an agreement to resolve this action. The Parties are in the course of finalizing the written long-form settlement agreement and anticipate that the agreement will be finalized soon, but additional time is needed by Defendant to complete its revisions to the agreement. Accordingly, the Parties respectfully request that they be allowed to file the preliminary approval motion not later than December 29, 2025.

Respectfully submitted,

Dated: December 15, 2025                    Dated: December 15, 2025

**THIERMAN BUCK**                           **SUTTON HAGUE LAW CORPORATIONS, P.C.**

/s/   *Leah L. Jones*                       /s/ _____
Joshua D. Buck, Nev. Bar No. 12187          S. Brett Sutton, Nev. Bar No. 143107
Leah L. Jones, Nev. Bar No. 13161           Jared Hague, Nev. Bar No. 251517

*Attorneys for Plaintiff*                   *Attorneys for Defendant*
*and the Putative Classes*                  GOLDEN ROAD MOTOR INN, INC. d/b/a
                                            ATLANTIS CASINO RESORT SPA

## ORDER

Pursuant to the foregoing joint notice by counsel for the Parties and good cause appearing, IT IS HEREBY ORDERED that the Parties shall file the proposed Settlement Agreement and Preliminary Approval Motion not later than December 29, 2025.

Dated: December 15, 2025                    _____
                                            United States District Court Judge