Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
**THIERMAN BUCK**
325 W. Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff
and the Putative Classes*

S. Brett Sutton, Nev. Bar No. 143107
brett@suttonhague.com
Jared Hague, Nev. Bar No. 251517
jared@suttonhague.com
**SUTTON HAGUE LAW CORPORATIONS, P.C.**
9790 Gateway Drive
Suite 200
Reno, Nevada 89521
Tel. (775) 284-2770
Fax. (775) 313-9877

*Attorneys for Defendant
Golden Road Motor Inn, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JEFFERSON TYLER, on behalf of himself and all other similarly situated individuals,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN ROAD MOTOR INN, INC. d/b/a ATLANTIS CASINO RESORT SPA; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 3:24-cv-00565-MMD-CLB<br><br>**ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

The Application for Preliminary Approval of a Class Action Settlement came before this Court, the Honorable Miranda M. Du presiding, on December 29, 2025 (ECF No. 25). This Court, having considered the papers submitted in support of the application of the parties, HEREBY ORDERS THE FOLLOWING:

1. This Court grants preliminary approval of the Settlement and the Settlement Class based upon the terms set forth in the Joint Stipulation of Settlement and Release between Plaintiff and Defendant ("Stipulation of Settlement") filed herewith. The Settlement appears to be fair,

adequate, and reasonable to the Class. The Joint Motion for Preliminary Approval (ECF No. 25) is GRANTED.

2. The Settlement falls within the range of reasonableness and appears to be presumptively valid, subject only to any objections that may be raised at the final fairness hearing and final approval by this Court.

3. A final fairness hearing on the question of whether the proposed Settlement, attorneys' fees to Class Counsel, and the Class Representative Enhancement Award should be finally approved as fair, reasonable, and adequate as to the members of the Class is scheduled in accordance with the Implementation Schedule set forth below.

4. This Court approves, as to form and content, the Notice of Pendency of Class Action, Proposed Class Action Settlement, and Hearing Date for Final Approval of Settlement ("Notice of Pendency of Class Action"), in substantially the form attached to the Stipulation of Settlement as Exhibit C. This Court approves the procedure for Class Members to participate in (do nothing), to opt out of (submit a request for exclusion), and to object to the Settlement as set forth in the Notice of Pendency of Class Action.

5. The Court directs the mailing of the Notice of Pendency of Class Action by first-class U.S. mail to the Class Members in accordance with the Implementation Schedule set forth below. This Court finds the dates selected for the mailing and distribution of the Notice, as set forth in the Implementation Schedule, meet the requirements of due process and provide the best notice practicable under the circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

6. It is ordered that the Settlement Class is preliminarily certified for settlement purposes only.

7. This Court confirms Plaintiff Jefferson Tyler as Class Representative, and Joshua Buck, Esq., and Leah Jones, Esq. of Thierman Buck of Reno, Nevada as Class Counsel.

8. This Court confirms CPT Group as the Claims Administrator.

9. To facilitate administration of the Settlement pending final approval, this Court hereby enjoins Plaintiff and all Class Members from filing or prosecuting any claims, suits, or

administrative proceedings (including filing claims with the Nevada Office of the Labor Commissioner) regarding claims released by the Settlement unless and until such Class Members have filed valid Requests for Exclusion with the Claims Administrator.

    10.    This Court orders the following Implementation Schedule for further proceedings:

| | | |
|---|---|---|
| a. | Deadline for Defendant to Submit Class Member Information to Claims Administrator | **January 14, 2026** [7 Calendar Days After Preliminary Approval] |
| b. | Deadline for Claims Administrator to Mail and E-mail the Notice to Class Members | **January 21, 2026** [14 Calendar Days After Preliminary Approval] |
| c. | Deadline for Class Members to Postmark Requests for Exclusions | 30 Calendar Days After the Mailing and E-mailing of Notice and Claim Forms |
| d. | Deadline for Receipt by Court and Counsel of any Objections to Settlement | 30 Calendar Days After the Mailing and E-mailing of Notice and Claim Forms |
| e. | Deadline for Class Counsel to file Motion for Final Approval of Settlement, Attorneys' Fees, Costs, and Enhancement Award | **March 30, 2026** [7 Calendar Days Prior to Final Fairness Hearing] |
| f. | Deadline for Class Counsel to File Declaration from Claims Administrator of Due Diligence and Proof of Mailing | **March 30, 2026** [7 Calendar Days Prior to Final Fairness Hearing] |
| g. | Final Fairness Hearing | **April 6, 2026, at 11:00 A.M.** |
| h. | Deadline for Defendant to Fund Settlement Account maintained by Claims Administrator | 30 Calendar Days After Effective Date as Defined in Paragraph 13(b) of the Settlement Agreement |
| i. | Deadline for Claims Administrator to wire transfer the Attorneys' Fees and Costs to Class Counsel | 5 Calendar Days After Receipt of Settlement Funds |
| j. | Deadline for Claims Administrator to mail the Settlement Awards to Class Members and the | 10 Calendar Days After Receipt of Settlement Funds |

**THIERMAN BUCK**
325 West Liberty Street
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

| | Enhancement Awards to Class Representatives | |
|---|---|---|
| k. | Claims Administrator to File Proof of Payment of Settlement Awards, Enhancement Award, Attorneys' Fees and Costs | 90 Calendar Days After Effective Date as Defined in Paragraph 13(b) of the Settlement Agreement |

**IT IS SO ORDERED.**

Dated: January 7, 2026

_____
HONORABLE MIRANDA M. DU
UNITED STATES DISTRICT JUDGE