Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
**THIERMAN BUCK**
325 W. Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027

*Attorneys for Plaintiff*
*and the Classes*

**THIERMAN BUCK**
325 West Liberty Street
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

JEFFERSON TYLER, on behalf of himself and all other similarly situated individuals,

Plaintiff,

vs.

GOLDEN ROAD MOTOR INN, INC. d/b/a ATLANTIS CASINO RESORT SPA; and DOES 1 through 50, inclusive,

Defendant(s).

Case No.: 3:24-cv-00565-MMD-CLB

**ORDER GRANTING PLAINTIFF'S STATUS REPORT REGARDING FINAL CLAIMS ADMINISTRATION DECLARATION AND CY PRES DISTRIBUTION REQUEST PURSUANT TO ORDER GRANTING FINAL APPROVAL (ECF NO. 33)**

Pursuant to the Court's Order Granting Final Approval of the Collective and Class Action Settlement (ECF No. 33) in the above captioned case, Plaintiff, Jefferson Tyler, by and through his Counsel of Record, provides the Court with:

1) Attached hereto as Exhibit A is the "Disbursement Declaration of Jennifer Forst of Settlement Administrator CPT Group, Inc." ("Forst Disbursement Dec.") dated September 16, 2026;

2) Attached hereto as Exhibit B is a Letter from Cy Pres beneficiary, Northern Nevada Legal Aid's ("NNLA"), hereinafter "NNLA – Atlantis Cy Pres Letter" stating confirmation of acceptance should the Court approve;

3) Attached hereto as Exhibit C is the Declaration of Cy Pres beneficiary, Nevada Legal Service's ("NLS"), hereinafter "NLS – Atlantis Cy Pres Letter" stating confirmation of acceptance should the Court approve.

This Court granted final approval of the collective and class action settlement on May 6, 2026. (ECF No. 33.) Paragraph 15 states, "[u]pon completion of the administration and the Settlement, the Settlement Administrator will provide written certification of such completion to the Court and counsel for the Parties." *Id.,* ¶ 15.

CPT Group has fully complied with the Court's Order. *See generally,* Exhibit A, "Forst Disbursement Dec." Specifically, CPT Group issued 3,700 checks on May 29, 2026, to the Participating Class Members for their respective settlement amounts, totaling $2,460,889.78, including the deductions of applicable payroll taxes. *Id.,* ¶ 13. The check cashing deadline was 90 days from the date the checks were mailed, or August 27, 2026. *Id.* ¶ 14. CPT Group sets forth that all "disbursements to the necessary entities and persons were completed in compliance with the Final Order and Settlement Agreement" (*id.,* ¶ 16) with the exception of 1,064 uncashed checks totaling $250,750.50. *Id.,* ¶ 14.

The Settlement Agreement (ECF NO. 25-1, pp. 10-35) set forth in the 'Terms of the Settlement" that "[i]f any portion of the Net Settlement Amount remains unpaid and/or unused after the expiration of the check cashing period, set forth in Paragraph 13(k) of this Agreement, the Claims Administrator shall distribute to the *cy pres.*" *Id.,* ¶ 13(d). Section 13(k) if the Settlement Agreement sets forth that after the expiration of the check cashing date, "[t]he uncashed funds from the Settlement Payment shall be retained by the Settlement Administrator and shall be paid to the *cy pres* beneficiaries Northern Nevada Legal Aid (https://www.nnlegalaid.org) and Nevada Legal Services (https://www.nevadalegalservices.org), each of which shall receive an equal 50-50 split of any portion of the unpaid and/or unused Net Settlement Funds equal to $125,375.25, each. Attached hereto, as Exhibits B and C, respectively, are letters from the Executive Directors of Northern Nevada Legal Aid and Nevada Legal

THIERMAN BUCK
325 West Liberty Street
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

Services setting forth the intent to use the *cy pres* awards for low-income Nevadans as set forth in the Settlement Agreement should the Court approve.

Accordingly, Plaintiff respectfully requests that this Court approve the disbursement of the *cy pres* beneficiaries' payments in the amount of $125,375.25, each.

Dated September 28, 2026

**THIERMAN BUCK**

*/s/ Leah L. Jones*
Joshua D. Buck, Nev. Bar No. 12187
Leah L. Jones, Nev. Bar No. 13161

*Attorneys for Plaintiff and the Classes.*

**THIERMAN BUCK**
325 West Liberty Street
Reno, NV 89501
(775) 284-1500 Fax (775) 703-5027
Email info@thiermanbuck.com www.thiermanbuck.com

**ORDER**

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: September 28, 2026

# EXHIBIT A

Disbursement Declaration of Jennifer Forst

EXHIBIT A

Joshua D. Buck, Nev. Bar No. 12187
josh@thiermanbuck.com
Leah L. Jones, Nev. Bar No. 13161
leah@thiermanbuck.com
**THIERMAN BUCK**
325 W. Liberty Street
Reno, Nevada 89501
Tel. (775) 284-1500
Fax. (775) 703-5027
*Attorneys for Plaintiff and the Putative Classes*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFERSON TYLER, on behalf of himself and all other similarly situated individuals,<br><br>Plaintiff,<br>vs.<br><br>GOLDEN ROAD MOTOR INN, INC. d/b/a ATLANTIS CASINO RESORT SPA; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No.: 3:24-cv-00565-MMD-CLB<br><br>**DISBURSEMENT DECLARATION OF JENNIFER FORST OF SETTLEMENT ADMINISTRATOR CPT GROUP, INC.**<br><br>**Dept.:** Reno Courtroom, 5<br>**Judge:** Hon. Miranda M. Du |

I, Jennifer Forst, declare as follows:

1. I am a Senior Program Manager for CPT Group, Inc. ("CPT"), the Court-approved class action Settlement Administrator for *Tyler v Golden Road dba Atlantis.* I have personal knowledge of the facts set forth in this declaration and, if called upon to testify, I could and would testify competently to such facts.

2. CPT has extensive experience in providing notice of class actions and administering class action settlements. In the past 30 plus years, we have provided notification and/or claims administration services in hundreds of class action cases.

3. On May 6, 2026, the Court approved the Settlement in this case in the total amount of $3,997,500.00 with 3,700 Participating Class Members.

4. Pursuant to the Order Approving Collective and Class Action Settlement and Judgment ("Final Order"), it was determined that Attorneys' Fees and Costs will total $1,320,179.06, consisting of $1,300,000.00 in fees and $20,179.06 in costs.

5. Pursuant to the Final Order, it was determined that the amount allocated to the Class Representative for the Enhancement Award is $30,000.00.

6. Pursuant to the Final Order, it was determined that CPT's settlement administration costs will total $31,000.00.

7. Pursuant to the Final Order, it was determined that the Net Settlement Amount for Individual Settlement Payments will total $2,616,320.94.

8. CPT was selected by the parties to provide notice of settlement and disburse the fund in this action. In this capacity, CPT obtained an EIN from the IRS and opened a bank account through Enterprise Bank & Trust. This account was titled *Tyler v Golden Road Motor Inn Inc Fund* also known as the Qualified Settlement Fund ("QSF").

9. On May 22, 2026, the settlement account was funded a total amount of $4,062,489.16, representing the required amount to pay the Participating Class Members, Attorneys' Fees and Costs, Class Representative Enhancement Award, administration fees and employer taxes.

10. On May 26, 2026, CPT completed a wire transfer from the QSF to Thierman Buck in the total amount of $1,320,179.06 representing awarded fees and costs.

11. On May 29, 2026, CPT issued a check totaling $30,000.00 from the QSF payable to Class Representative Jefferson Tyler representing the Enhancement Award.

12. On May 29, 2026, CPT issued a check from the QSF in the amount of $31,000.00 for the approved administration costs.

13. On May 29, 2026, CPT issued 3,700 checks from the QSF representing the Individual Settlement Payments. The checks were payable to each of the Participating Class Members for their respective settlement amounts, totaling $2,460,889.78 after the deduction of payroll taxes as applicable.

14. All settlement checks were valid for 90 days from the date the check was mailed, or August 27, 2026. As of the date of this declaration, 1,064 checks remain uncashed totaling $250,750.50.

15. Upon the Court's direction, unclaimed settlement funds shall be equally divided and remitted to *cy pres* recipients Northern Nevada Legal Aid and Nevada Legal Services.

16. The disbursements to the necessary entities and persons were completed in compliance with the Final Order and Settlement Agreement.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct, and that this declaration is executed this 16th day of September 2026, at Irvine, California.

Jennifer Forst

Jennifer Forst

# EXHIBIT B

Northern Nevada Legal Aid's
Atlantis Cy Pres Letter

EXHIBIT B

NORTHERN NEVADA
LEGAL AID

Compassion for Our Clients and Passion for Their Interests

September 17. 2026

Ms. Leah L. Jones
325 W. Liberty Street
Reno, NV 89501

Re: Tyler v. Golden Road d/b/a Atlantis Casino Resort Spa Cy Pres Award

Dear Ms. Jones:

I am in receipt of your September 16, 2026 letter advising us of the above-mentioned Cy Pres award. As always, thank you for thinking of Northern Nevada Legal Aid. It is with gratitude that we stand ready to accept this award and fulfil its conditions.

To that end, Northern Nevada Legal Aid has been serving vulnerable and underserved populations in Washoe County and Northern Nevada since 1965. We currently have 26 attorneys and 28 staff supporting seven units which serve various segments of the local and rural vulnerable populations.

Three of these programs have special relevance to the conditions of this award. Our Senior Services unit, located at the Washoe County Senior Center, serves those over 60 with a variety of legal matters such as powers of attorney, probate and simple estate planning documents. Our Housing and Consumer unit primarily protects low-income renters from unfair eviction practices and habitability issues i.e., those situations where landlords fail to maintain rental properties in a safe manner. And our Self-help Center located at the Reno Justice court assists over 1,100 folks who are attempting to navigate the legal system with a variety of issues on their own. In total, this award will support the provision of legal assistance and representation to over 14,000 people in Washoe County, a number of whom will be in the area adjacent to the Atlantis.

Thanks to you and the Court for the opportunity to receive this award.

David D. Spitzer
Executive Director
Northern Nevada Legal Aid

# EXHIBIT C

Nevada Legal Services
Atlantis Cy Pres Letter

EXHIBIT C

NLS
NEVADA LEGAL SERVICES

RENO
449 S. Virginia St, 3rd Fl
Reno, NV 89501
Phone (775) 284-3491
Toll Free (800) 323-8666
Fax (775) 284-3497

CARSON CITY
209 N. Pratt Ave.
Carson City, NV 89701
Phone (775) 883-0404
Fax (775) 461-7237

ELKO
790 Commercial St.,
Suite B,
Elko, NV 89801
Phone (775) 753-5880
Fax (775) 753-5890

LAS VEGAS
701 E. Bridger, Ste. 400
Las Vegas, NV 89101
Phone (702) 386-0404
Toll Free (866) 432-0404
Fax (702) 388-1641

September 25, 2026

Leah Jones, Esq.
Thierman Buck
325 W. Liberty Street
Reno, NV 89501

**RE: Cy Pres Award for Nevada Legal Services Settlement in the United States District Court, District of Nevada, Tyler v. Golden Road d/b/a Atlantis Casino Resort Spa, Case No. 3:20-cv-00509-MMD- CSD.**

Dear Ms. Leah Jones,

Nevada Legal Services is honored to accept the cy pres award for use specific to underserved Northern Nevadans who reside in the general proximity of the Atlantis. These funds will be integral for our ability to serve the community with access to justice support in important civil legal needs.

Nevada Legal Services is a statewide non-profit law firm that provides free civil legal assistance and access to justice to low-income and other vulnerable Nevadans. The Mission of Nevada Legal Services is to strengthen the community by ensuring fairness and providing equal access to justice for low-income Nevadans. The cy pres award will valuably support our mission and our work.

In particular, the cy pres award will provide additional support to our Workers' Rights Program that provides free legal services and education to workers in Nevada across the state. Our program assists with issues including fair wages and overtime, employment discrimination, workplace safety, pregnancy and nursing rights, workplace safety, and access to unemployment benefits.

We are so appreciative of your support and are honored to receive this cy pres award. Please do not hesitate to contact our office if you have any additional questions.

Sincerely,

Alex Cherup, Esq.
Executive Director
Nevada Legal Services, Inc.
Phone: (775) 284-3491 ext. 340
Email: acherup@nevadalegalservices.org

LSC | America's Partner for Equal Justice
LEGAL SERVICES CORPORATION